1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. __22CR0859-DMS__ |
| v. | I N F O R M A T I O N |
| JUAN CARLOS PALERMO, | Title 18, U.S.C., Sec. 1956(a)(2)(A) – International Money Laundering; Title 18, U.S.C., Secs. 982(a)(1) and 924(d)(1), Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |
| Defendant. | |

The United States Attorney charges:

**COUNT 1**

[International Money Laundering – 18 U.S.C. § 1956(a)(2)(A)]

On or about March 21, 2018, defendant JUAN CARLOS PALERMO transported, transmitted, and transferred, and attempted to transport, transmit, and transfer a monetary instrument and funds to a place in the United States from a place outside the United States—approximately $200,000 USD from a bank account in Uruguay to a bank account controlled, managed, supervised, directed, and owned by defendant JUAN CARLOS PALERMO in

the United States—with the intent to promote the carrying on of specified unlawful activity, to wit, operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1960, all in violation of Title 18, United States Code, Section 1956(a)(2)(A).

FORFEITURE ALLEGATIONS

1.      The allegations set forth in Count 1 is realleged herein for purposes of seeking forfeiture to the United States of America pursuant to Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offenses alleged in Count 1 of this Information, JUAN CARLOS PALERMO shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), any property, real or personal, involved in such offense, or any property traceable to such property, including but not limited to $200,000.00 in U.S. currency.

3.      In the event that any of the property described above, as a result of any act or omission of any defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeit substitute property up to the value of the afore-described properties pursuant to Title 18, United States Code, Section 982(a)(1), and Title 28, United States Code, Section 2461(c).

//

//

//

//

2

1

2

DATED:  March 8, 2022

RANDY S. GROSSMAN
United States Attorney
Southern District of California

3

4

5

/s/ Carl Brooker
CARL F. BROOKER, IV
MARK W. PLETCHER
Assistant U.S. Attorneys

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3